Solomon Schwartz, Respondent, v. L & M Sales Corp., Appellant.— Order unanimously reversed, with $20 costs and disbursements to the appellant and the motion denied on the ground that there has been no showing that examination before trial would not be an adequate remedy, and without prejudice to renewal of the application should an examination before trial fail to elicit the information needed. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

Ariane A. Ross, Respondent, v. Julius B. Baer et al., as Ancillary Executors of Harold W. Ross, Deceased, et al., Appellants. In the Matter of the Accounting of Julius B. Baer et al., as Executors of Harold W. Ross, Deceased, et al., Appellants.— Order, so far as appealed from, unanimously affirmed, with $20 costs and disbursements to the respondent. No opinion. Present — Peck, P. J., Dore, Callahan, Breitel and Bastow, JJ.

■

In the Matter of John N. Griggs, Jr., An Attorney.— Motion for reinstatement granted. Present — Peck, P. J., Dore, Cohn, Breitel and Bastow, JJ. [See *ante,* p. 263.]

■

Tozai Koeki Kaisha, Ltd., Appellant, v. Trans-America Industries, Inc., et al., Defendants, and Unex Credit Corporation, Respondent.— Motion for reargument denied, with $10 costs. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See *ante,* p. 833; 283 App. Div. 656.]

■

In the Matter of the Voluntary Dissolution of Radom & Neidorff, Inc. David Radom, Respondent; Anna Neidorff, Appellant.— Motion for reargument denied. Motion for resettlement granted. Settle order on notice. Present — Peck, P. J., Glennon, Cohn, Breitel and Botein, JJ. [See *ante,* p. 854.]